Vagasky, Appellant, *v.* Asplundh Tree Expert Company.

Argued June 13, 1969. *Charles F. Quinn,* with him *Sheer & Mazzocone,* for appellant; *David F. Kaliner,* for appellee.

Order affirmed.

SPAULDING, J., absent.

September 11, 1969

Commonwealth ex rel. Kauffman, Appellant, *v.* Brierly.

Submitted March 17, 1969. *Joseph Kauffman,* appellant, in propria persona; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

Commonwealth *v.* Abel, Appellant.

Submitted June 10, 1969. *John A. O'Brien,* for appellant; *Theodore A. Parker,* First Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Order affirmed.